IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         CASE NO. 4:96-cr-00036-MP

EDDIE LEE GORDON,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 207, which is a motion by Mr. Gordon in which he requests that the Court order the Bureau of Prisons to handle his body following certain guidelines if he dies in prison. This is a matter that must be addressed to prison officials, not a court. Accordingly, the motion is denied.

    **DONE AND ORDERED** this _6th_ day of September, 2011

                                        *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge